IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRYAN DAMON PATTERSON,

    Plaintiff,               No. 2:12-cv-1973 KJN P

    vs.

PEOPLE OF THE STATE OF CALIFORNIA,

    Defendants.         ORDER
_____/

        Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  However, the certificate portion of the request which must be completed by plaintiff's institution of incarceration has not been filled out.  Also, plaintiff has not filed a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint.  See 28 U.S.C. § 1915(a)(2).  Therefore, plaintiff will be provided the opportunity to submit a completed in forma pauperis application and a certified copy in support of his application.

////

////

////

1

1  In accordance with the above, IT IS HEREBY ORDERED that:

2  1. Within thirty days from the date of this order, plaintiff shall complete the
3  attached Notice of Submission and submit the following documents to the court:
4      a. A complete Application to Proceed In Forma Pauperis By a Prisoner;
5  and
6      b. a certified copy of plaintiff's prison trust account statement for the six
7  month period immediately preceding the filing of the complaint.
8  2. The Clerk of the Court is directed to send plaintiff a new Application to
9  Proceed In Forma Pauperis By a Prisoner; and
10 3. Plaintiff's failure to comply with this order may result in the dismissal of this
11 action without prejudice.

12 DATED: August 6, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

16 patt1973.3c+.new

```
 1
 2
 3
 4
 5                     IN THE UNITED STATES DISTRICT COURT
                     FOR THE EASTERN DISTRICT OF CALIFORNIA
 6              Plaintiff,                 No. 2:#cv-
         vs.
 7                                         NOTICE OF SUBMISSION
                Defendants.
 8  _____/
         Plaintiff hereby submits the following document in compliance with the court's
 9  order filed _____:
                  _____      Complete Application to Proceed In Forma Pauperis
10                                   By a Prisoner/Certified Copy of Prison Trust Account
                                     Statement
11  DATED:
12
13
14                                         _____
                                           Plaintiff
15
16
17
18
19
20
21
22
23
24
25
26

                                         3
```